# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2014

Robert P. Young, Jr.,
Chief Justice

148971(54)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT TUTTLE,
      Defendant-Appellant.
_____/

SC: 148971
COA: 312364
Oakland CC: 2012-241272-FH

On order of the Chief Justice, the motion of the Cannabis Attorneys of Michigan for leave to file an amicus curiae brief is GRANTED. The amicus brief submitted on September 19, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2014

